**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **HOWARD P. MORRIS, III,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| v. | )   Case No. CIV-09-81-R |
| | ) |
| **RANDY WORKMAN, Warden,** | ) |
| | ) |
| **Respondent.** | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Doyle W. Argo entered July 27, 2009. Petitioner has not filed an objection to the Report and Recommendation after having been granted an extension of time until August 16, 2009, in which to do so. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 filed by Howard P. Morris, III, is DENIED.

IT IS SO ORDERED this 18th day of August, 2009.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE